**FILED**

**DEC 1 0 2025**

**BONNIE HACKLER**
Clerk, U.S. District Court

By_____
       Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

　　　　　*Plaintiff,*

v.                                           Case No. **25 CR 243 RAW**

JASON ALLEN MANNING,

　　　　　*Defendant.*

# I N D I C T M E N T

The Federal Grand Jury charges:

## COUNT ONE

**MURDER IN INDIAN COUNTRY**
**[18 U.S.C. §§ 1111(a), 1151, & 1153]**

On or about March 30, 2022, within the Eastern District of Oklahoma, in Indian country, the defendant, **JASON ALLEN MANNING,** an Indian, willfully, deliberately, maliciously, and with premeditation and malice aforethought, did unlawfully kill A.J., in violation of Title 18, United States Code, Sections 1111(a), 1151, and 1153.

## COUNT TWO

**ARSON IN INDIAN COUNTRY**
**[18 U.S.C. §§ 81, 1151, & 1153]**

On or about March 30, 2022, within the Eastern District of Oklahoma, in Indian country, the defendant, **JASON ALLEN MANNING,** an Indian, did willfully and maliciously set fire to and burn, and attempt to set fire to and burn, a building and dwelling, in violation of Title 18, United States Code, Sections 81, 1151, and 1153.

## COUNT THREE

## ARSON
## [18 U.S.C. § 844(i)]

On or about March 30, 2022, within the Eastern District of Oklahoma, the defendant, **JASON ALLEN MANNING,** did maliciously damage and destroy and attempt to damage and destroy, by means of fire, any building and real and personal property used in any activity affecting interstate commerce, in violation of Title 18, United States Code, Section 844(i).

## COUNT FOUR

## DESECRATION OF A HUMAN CORPSE IN INDIAN COUNTRY
## [18 U.S.C. §§ 13, 1151, 1152 & 21 Okla. Stat. § 1161.1]

On or about March 30, 2022, within the Eastern District of Oklahoma, in Indian country, the defendant, **JASON ALLEN MANNING,** an Indian, did knowingly and willfully desecrate a human corpse for the purpose of tampering with the evidence of a crime, impeding and prohibiting the detection, investigation, and prosecution of a crime, and disrupting, prohibiting, and interfering with any law enforcement agency and the Office of the State Medical Examiner in investigating, examining, determining, and processing a dead body, cause of death, the scene where a dead body is found, and any forensic examination and investigation relating to a dead body and a crime, in violation of Title 18, United States Code, Sections 13, 1151, 1152, and Title 21, Oklahoma Statutes, Section 1161.1.

## COUNT FIVE

## USE OF FIRE TO COMMIT A FELONY
## [18 U.S.C. § 844(h)(1)]

On or about March 30, 2022, within the Eastern District of Oklahoma, the defendant, **JASON ALLEN MANNING,** did use fire to commit any felony for which he may be prosecuted in a court of the United States, that is, Desecration of a Human Corpse in Indian Country as charged

in Count Four of this Indictment, in violation of Title 18, United States Code, Section 844(h)(1).

### COUNT SIX

### TAMPERING WITH EVIDENCE
### [18 U.S.C. § 1512(c)(1)]

On or about March 30, 2022, within the Eastern District of Oklahoma, the defendant, **JASON ALLEN MANNING,** did corruptly destroy and mutilate an object, namely a dwelling and the contents therein, with the intent to impair the object's integrity and availability for use in an official proceeding, in violation of Title 18, United States Code, Section 1512(c)(1).

### COUNT SEVEN

### USE OF FIRE TO COMMIT A FELONY
### [18 U.S.C. § 844(h)(1)]

On or about March 30, 2022, within the Eastern District of Oklahoma, the defendant, **JASON ALLEN MANNING,** did use fire to commit any felony for which he may be prosecuted in a court of the United States, that is, Tampering with Evidence as charged in Count Six of this Indictment, in violation of Title 18, United States Code, Section 844(h)(1).

A TRUE BILL:

CHRISTOPHER J. WILSON
United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

_____
KEVIN GROSS, VA Bar # 72990
Assistant United States Attorney

s / Foreperson
FOREPERSON OF THE GRAND JURY